UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

ALL ABOUT BEER, LLC
TIN: 46-4012243
PO Box 110346
Durham, NC 27709

CASE NO.: 19-00802-5-DMW
CHAPTER 7

Debtor

AMENDMENT OF SCHEDULE E AND
AMENDMENT OF MAILING MATRIX

NOW COMES All About Beer, LLC, the above-captioned Debtor, by and through counsel, and amends Schedule E, the mailing matrix and Summary of Schedules in this case, and shows unto the Court as follows:

1. Schedule E previously filed with the Court is amended to include the following additional creditor and amount owed:

| CREDITOR | AMOUNT OF CLAIM |
|---|---|
| Illinois Dept of Employment Security<br>33 S State St, 10th Floor<br>Chicago, IL 60603-2802<br>Account ID: 5016503 | $329.02 |
| Commonwealth of Kentucky<br>Division of Unemployment Insurance<br>P.O. Box 948<br>Frankfort, KY 40602-0948<br>Employer #: 00271565-4 | $218.00 |
| Commonwealth of Kentucky<br>Dept of Revenue<br>501 High St<br>Frankfort, KY 40601<br>Case# 2100000680988 | $153.65 |
| Indiana Dept of Workforce Development<br>10 N. Senate Ave, SE 202<br>Indianapolis, IN 46204-2277<br>Account #: 757962 | $402.15 |

2. The mailing matrix in this case is amended to add the following additional parties:

Illinois Dept of Employment Security
33 S State St, 10th Floor
Chicago, IL 60603-2802

Commonwealth of Kentucky
Division of Unemployment Insurance
P.O. Box 948
Frankfort, KY 40602-0948

Commonwealth of Kentucky
Dept of Revenue
501 High St
Frankfort, KY 40601

Indiana Dept of Workforce Development
10 N. Senate Ave, SE 202
Indianapolis, IN 46204-2277

      3.      The Summary of Schedules is amended as attached.

I, Christopher B. Rice, Member/Manager of the Debtor, declare under penalty of perjury that I have read the foregoing Amendment to Schedule E and the Mailing Matrix and that it is true and correct to the best of our information and belief.

Date: July 17. 2019        BY:   */s/ Christopher B. Rice*
                                      Christopher B. Rice, Member/Manager

**Fill in this information to identify the case:**

Debtor name: **All About Beer, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known): **19-00802-5**

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 17, 2019**         X **/s/ Christopher Byron Rice**
                                      Signature of individual signing on behalf of debtor

                                      **Christopher Byron Rice**
                                      Printed name

                                      **Member/Manager**
                                      Position or relationship to debtor

Official Form 202             Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: **All About Beer, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known): **19-00802-5**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 1,426.07

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ 1,426.07

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ 2,499,563.26

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ 243,850.38

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 1,813,273.42

4. **Total liabilities** .................................................................................................................................. $ 4,556,687.06
   Lines 2 + 3a + 3b

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

**ALL ABOUT BEER, LLC**
**TIN: 46-4012243**
**PO Box 110346**
**Durham, NC 27709**

**CASE NO.: 19-00802-5-DMW**
**CHAPTER 7**

Debtor

CERTIFICATE OF SERVICE

I, Mary T. Vickers, of PO Box 1687, Angier, NC 27501 certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 17th day of July, 2019, I served a copy of the foregoing **AMENDMENT TO SCHEDULE E, AMENDMENT TO MAILING MATRIX and AMENDED SUMMARY OF SCHEDULES** to the parties in interest as indicated below:

**Gregory B. Crampton**
**Chapter 7 Trustee**
PO Box 18237
Raleigh, NC 27619
*Electronic Service Only

**Bankruptcy Administration**
Attn.: Marjorie K. Lynch
434 Fayetteville St., Ste. 640
Raleigh, NC 27601

and I served a copy of the foregoing **AMENDMENT TO SCHEDULE E and 341 NOTICE** to the parties in interest as indicated below:

Illinois Dept of Employment Security
33 S State St, 10th Floor
Chicago, IL 60603-2802

Commonwealth of Kentucky
Division of Unemployment Insurance
P.O. Box 948
Frankfort, KY 40602-0948

Commonwealth of Kentucky
Dept of Revenue
501 High St
Frankfort, KY 40601

Indiana Dept of Workforce Development
10 N. Senate Ave, SE 202
Indianapolis, IN 46204-2277

by depositing copies hereof in a pre-addressed envelope with sufficient postage thereon in a post office of official depository under the exclusive care and custody of the United states Postal Service or by electronic service as approved by the court.

  I certify under penalty of perjury that the foregoing is correct.

  Executed on:  July 17, 2019

            RICHARD D. SPARKMAN & ASSOCIATES, P.A.


        BY:  */s/ Mary T. Vickers*
            Mary T. Vickers
            NC State Bar Certified Paralegal
            PO Box 1687
            Angier, NC  27501
            Telephone:  (919) 639-6181
            Email:  mary@sparkmanlaw.com